SIRPR

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

**FILED**
January 14, 2021 12:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: TB 1/14/21

LAundrus ColemAN
667 E. Holbrook Ave
Muskegon, MI. 49442

Plaintiff(s),

**1:21-cv-39**

Hala Y. Jarbou
U.S. District Judge

v

Case No.

Honorable

GE. Aviation
3290 Patterson SE
Grand Rapids, MI 49512

Defendant(s).

I, LAundrus is pursueing lost wages from date of termination to ~~date~~ present time. The result of fireing was unjust.

Laundrus Coleman
1-14-2021